MINUTE ENTRY
CURRAULT, M. J.
DECEMBER 2, 2020

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT W. MCQUAIG | CIVIL ACTION |
| VERSUS | NO. 20-00023 |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY | SECTION "F" (2) |

### HEARING AND ORDER ON MOTION

Oral Argument was conducted by video conference on this date on Defendant's Motion to Quash Rule 45 Subpoena Duces Tecum and Rule 34 Request for Production, or in the alternative, Motion for Protective Order. ECF No. 52. The motions are opposed. ECF No. 56.

Participating were:   Jack Truitt, counsel for plaintiff;

Lauren Welch, counsel for defendant.

The Court heard arguments from both parties.

Plaintiff's November 19, 2020, service of a subpoena *duces tecum* on Defendant seeking document production by December 4, 2020, is an inappropriate mechanism to request documents from a party as it circumvents the 30-day period set forth in Fed. R. Civ. P. 34. In light of the prior discussion efforts between the parties, however, rather than quash the subpoena, the Court extended the discovery deadline to **December 21, 2020**, which allows Defendant 30 days to respond to the subpoena *duces tecum* and parallel request for production of documents. All discovery must be completed by this date.

The Court addressed Defendant's specific objections to the discovery requests and, rather than quash or preclude any response, the Court modified the subpoena *duces tecum* and requests

for production of documents. The Court found that Document Requests C, K, L, M, and R are overbroad, not limited in time, and not proportional to the needs of the case. Document Request R is also irrelevant to the issues in this case. Accordingly, the Defendant's request for protective order with regard to those items is GRANTED.

Document Requests G, H, N, O, and Q are overbroad as written. The Court modified Document Requests G, H, N, and O to only include documents regarding Scott W. McQuaig from the time Mr. McQuaig filed the relevant claim with the Defendant to date. The Court modified and limited Document Request Q to include only underwriting policies and procedures and underwriting files regarding Mr. McQuaig or the entire firm of Holoway, McQuaig, Solomon, and Dyer, not individual attorneys from the firm. Defendant must respond to Document Requests G, H, N, O, and Q, as modified, by the discovery deadline of December 21, 2020. Defendant's request for a Protective Order with regard to Document Requests E and S is DENIED. Defendant must respond to those requests by December 21, 2020 discovery deadline. With regard to Document Requests A, B, D, F, I, J, P, and T, Defendant shall confirm in its written responses its written and oral representations to the Court, to which Plaintiff indicated it had no objection, and accordingly, the motion is DENIED AS MOOT as to these items.

Accordingly, considering the record, the oral and written arguments and representations of counsel, and the applicable law,

IT IS ORDERED that Defendant's Motion to Quash Rule 45 Subpoena Duces Tecum and Rule 34 Request for Production, or in the alternative, Motion for Protective Order is GRANTED IN PART, DENIED IN PART, AND DISMISSED AS MOOT IN PART as stated herein.

IT IS FURTHER ORDERED that the discovery deadline is extended to December 21, 2020.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**MJSTAR: 0:37**